30 F.3d 1485
 Carlson Companies, Inc.
v.
Travel Network, Ltd.; Travel Tree, Alta Travel, Travel
Network of Corona, Percy (Nancy), Travel Network of Hemet,
Travel Network of Laguna Hills, Magnolia Travel Services,
Pfister (Larry), Vivant (Bon), Travel Network, Mira Mesa,
Unlimited, Inc., Newell Hill Travel, T&Z Travel Corp.,
Travel Experts, Pangborn (Jean), Halcyon Travel Inc.,
Regency Travel Service, Affiliated Services, Chiles
Enterprises, Oak Street Travel, Regal Travel, Off Cape
 NO. 93-5417
 United States Court of Appeals,
Third Circuit.
 June 13, 1994
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.